IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

SAMUEL MATEI, et al.,

                         Plaintiffs,

    vs.

CONSTRUCTION DIVERSIFIED, LTD., et al.,

                       Defendants.

No. 2:14-cv-0230-HRH

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation to Dismiss with Prejudice*,[1] filed March 15, 2016, this lawsuit is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this  21st  day of March, 2016.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 57.